## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ANGELA THOMAS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **4:13-cv-03100-CRZ** |
| | ) | |
| **v.** | ) | **Magistrate Judge Zwart** |
| | ) | |
| **EQUIFAX INFORMATION** | ) | |
| **SERVICES, LLC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE  PURSUANT TO SETTLEMENT

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1.     Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2.     The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

**Date:**   September 30, 2013

**For Plaintiff,**
**Angela Thomas**

   /s David M. Marco
David M. Marco (Atty. No.: 6273315)
SMITHMARCO, P.C.
205 North Michigan Avenue, Suite 2940
Chicago, IL 60601
Telephone:     (312) 546-6539
Facsimile:     (888) 418-1277
E-Mail:        dmarco@smithmarco.com

**For Defendant,**
**Equifax Information Services, LLC.**

   s/ with consent Kendall W. Carter
Kendall W. Carter
King & Spalding, LLP.
1180 Peachtree Street
Atlanta GA 30309
Telephone:     (404( 572-2495
Facsimile:     (404) 572-5100
E-Mail:        kcarter@kslaw.com